# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-143 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| MATTHEW DOUGLAS STEELE, | |
| Defendant. | |

Katharine Buzicky, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Reynaldo Aligada, Jr., Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The defendant filed a Motion to Extend Deadline Regarding Restitution (Docket No. 86). Based on all of the files and records of this proceeding, **IT IS HEREBY ORDERED** that:

1. The Motion to Extend Deadline Regarding Restitution [Docket No. 86] is **GRANTED**;

2. The determination of restitution is deferred until September 12, 2018.

Dated: August 21, 2018    s/John R. Tunheim
at Minneapolis, Minnesota

JOHN R. TUNHEIM
Chief Judge
United States District Court